IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON

     Plaintiff,                              No. CIV S-10-2487 GGH

     vs.

MATTHEW TATE, et. al.,

     Defendants.                        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted twenty-eight days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

        Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

        Plaintiff has also filed a motion for service of process (Doc. 2). Once the complaint is screened the court will order service on the appropriate defendants if there are

1

1   cognizable claims.  The motion is therefore denied.

2              Accordingly, IT IS HEREBY ORDERED that:

3          1.  Plaintiff shall submit, within twenty-eight days from the date of this order,
4   either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on
5   the form provided with this order; plaintiff is cautioned that failure to comply with this order or
6   seek an extension of time to do so will result in a recommendation that this action be dismissed
7   without prejudice; and

8          2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
9   In Forma Pauperis By a Prisoner for use in a civil rights action.

10         3.  Plaintiff's motion for service of process (Doc. 2) is denied.

11  DATED: October 4, 2010

                                          /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

ggh: ab
ande2487.3a