IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON

     Plaintiff,                     No. CIV S-10-2487 GGH

     vs.

MATTHEW TATE, et. al.,

     Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        On November 5, 2010, plaintiff filed a motion (Doc. 12) to have his legal property returned. However, the court has not screened the complaint as plaintiff has yet to file an application to proceed in forma pauperis, as plaintiff requested an extension to file the application, which was granted.

        Plaintiff's motion for the return of his legal property is vacated, but plaintiff may bring the motion in the future should he file the in forma pauperis application and if the court find that plaintiff has cognizeable claims.

\\\\\

\\\\\

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the return of
2 | his legal property (Doc. 12) is vacated.
3 | DATED: December 13, 2010
4 | /s/ Gregory G. Hollows
5 | UNITED STATES MAGISTRATE JUDGE
6 | ggh: ab
ande2487.vac