IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON

     Plaintiff,                     No. CIV S-10-2487 JAM GGH P

    vs.

MATTHEW TATE, et. al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

        On January 27, 20011, the court granted plaintiff a 60 day extension to file an amended complaint. Plaintiff has also filed a motion for additional law library access (Doc. 21). As plaintiff has been granted a 60 day extension he does not need additional law library access, to what he is normally provided. In addition, the issues raised in the complaint and the information that requires amendment does not require extensive legal research.

\\\\\

\\\\\

\\\\\

\\\\\

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for additional
2 | law library access (Doc. 21) is denied.
3 | DATED: February 22, 2011
4 | /s/ Gregory G. Hollows
5 | UNITED STATES MAGISTRATE JUDGE
6 | ggh: ab
ande2487.ord