IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON

      Plaintiff,                    No. CIV S-10-2487 JAM GGH P

   vs.

MATTHEW TATE, et. al.,

      Defendants.        ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se and in forma paupers, seeks relief pursuant to 42 U.S.C. § 1983. On March 28, 2011, after screening plaintiff's amended complaint, the undersigned issued findings and recommendations that it be dismissed and this case closed. On April 11, 2011, plaintiff filed objections to the findings and recommendations, and the district judge assigned to this case has not yet ruled.

       On April 25, 2011, plaintiff filed a motion for medical treatment. Doc. 27. Plaintiff states his medications for severe nerve pain, numbness and burning feelings in his leg have not been renewed and it is causing him pain and suffering. Plaintiff does not identify the medication or any specific defendant. Plaintiff also seeks the court to prevent prison officials from retaliating against him or placing him in administrative segregation or from interfering with his mail.

As there are pending findings and recommendations that this case be dismissed, the undersigned will vacate the instant motion, but plaintiff may refile the motion if the district judge does not adopt the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 27) be vacated. If the district judge does not adopt the findings and recommendations, plaintiff may refile the motion.

DATED: April 29, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
ande2487.ord2