1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL ANDERSON

11              Plaintiff,                No. CIV S-10-2487 JAM GGH P

12       vs.

13   MATTHEW TATE, et. al.,

14              Defendants.               ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se and in forma paupers, seeks relief

17   pursuant to 42 U.S.C. § 1983.  On May 10, 2011, the court dismissed plaintiffs amended civil

18   rights complaint and closed this case.  Plaintiff filed an appeal with the Ninth Circuit and on June

19   7, 2011, the Ninth Circuit referred the matter back to this court for the limited purpose of

20   determining whether plaintiff's in forma pauperis status should continue for the appeal or

21   whether the appeal is frivolous or taken in bad faith.  For the reasons set forth in the March 28,

22   2011, findings and recommendations, the court finds that plaintiff's appeal is frivolous and taken

23   in bad faith.  Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).  Therefore,

24   plaintiff's in forma pauperis status is revoked.

25   /////

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's in forma pauperis status is revoked;

2.  The Clerk shall serve this order upon the Ninth Circuit Court of Appeals, Case No. 11-16376.

DATED: June 30, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE