IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. CIV S-10-2487 JAM GGH P

    vs.

MATTHEW TATE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a motion to appoint counsel and for law library access. However, this action was dismissed and closed on May 10, 2011.[1] Therefore, plaintiff's motions are vacated and will be disregarded.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (Docs. 35, 38) are vacated and will be disregarded.

DATED: November 17, 2011

                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB
ande2487.ord3

---

[1] While plaintiff filed an appeal, the Ninth Circuit denied plaintiff's motion to proceed in forma pauperis on September 15, 2011, and stated the appeal would be automatically denied if plaintiff did not pay the filing fee in 21 days. Plaintiff did not pay the filing fee.

1