IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

       Plaintiff,                     No. 2:10-2487 JAM GGH P

    vs.

MATTHEW TATE, et al.,

       Defendants.           ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a motion for medical treatment.  However, this action was dismissed and closed on May 10, 2011, and on November 7, 2011, the Ninth Circuit ordered that no motions were to be entertained unless plaintiff paid the filing fee.  Therefore, plaintiff's motion is vacated and will be disregarded.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 42) is vacated and will be disregarded.

DATED: June 4, 2012

                                      /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

GGH: AB
ande2487.ord4

1